AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

APR 2 5 2016

David J. Bradley, Clerk

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA

V.

**Rogelio Rodriguez**

# CRIMINAL COMPLAINT

Case Number:    M-16-*075/*-M

IAE        YOB:    1977
**the United Mexican States**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**April 24, 2016**_____ in ___**Hidalgo**___ County, in

the ____**Southern**____ District of ____**Texas**____
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title      **8**      United States Code, Section(s)      **1326**      (Felony)

I further state that I am a(n) **Senior Patrol Agent**  and that this complaint is based on the following facts:

**Rogelio Rodriguez was encountered by Border Patrol Agents near Hidalgo, Texas on April 24, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 24, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 21, 2014, through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 07, 2012, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to thirty (30) months confinement and thirty-six (36) months supervised released term.**

Continued on the attached sheet and made a part of this complaint:      ☐ Yes    ☒ No

Sworn to before me and subscribed in my presence,

_____          Signature of Complainant

**April 25, 2016**                3:56 PM          **Adan De Los Santos      Senior Patrol Agent**

**Peter E. Ormsby**              , U.S. Magistrate Judge
**Name and Title of Judicial Officer**                Signature of Judicial Officer